■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY C. HAY, Appellant. [711 NYS2d 774] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (F. Rivera, J.), rendered October 8, 1997, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review since it was not raised with sufficient specificity at trial (*see, People v Gray,* 86 NY2d 10, 18; *People v Velez,* 254 AD2d 379). In any event, the challenge is without merit. Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]). Bracken, J. P., Joy, Friedmann and Schmidt, JJ., concur.